1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3680
7       Facsimile:   (510) 637-3724
        E-Mail:       James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                         UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,       )   No. CR-08-0810 DLJ
   |                                 )
14 |     Plaintiff,                  )   STIPULATED REQUEST TO CONTINUE
   |                                 )   HEARING DATE TO MARCH 13, 2009
15 | v.                              )   AND TO EXCLUDE TIME UNDER THE
   |                                 )   SPEEDY TRIAL ACT; **ORDER**
16 | RYLANDO DEMETRIUS MATLOCK,      )
   |   a/k/a "Toot,"                 )   Date:   February 20, 2009
17 |                                 )   Time:   9:00 a.m.
   |                                 )   Court:  Hon. D. Lowell Jensen
18 |     Defendant.                  )
   |_____)
19

20      The above-captioned matter is set on February 20, 2009 before this Court for a status

21 hearing. The parties request that this Court continue the hearing to March 13, 2009 at 9:00 a.m.,

22 and that the Court exclude time under the Speedy Trial Act between the date of this stipulation

23 and March 13, 2009.

24      The government produced discovery to defense counsel on December 29, 2008 and

25 January 12, 2009. The government will produce additional digital discovery to defense counsel

26 upon entry of the Protective Order submitted to this Court on February 9, 2009. Defense counsel

27 needs additional time to review the discovery that has been produced and that will be produced,

28 and to investigate this matter. The parties believe that a continuance until March 13, 2009 will

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 13, 2009 AND TO EXCLUDE TIME
No. CR-08-0810 DLJ

allow defense counsel adequate time to review the necessary discovery and to conduct the required investigation. The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial. Therefore, the parties further stipulate and request that the Court exclude time between the date of this stipulation and March 13, 2009 under the Speedy Trial Act for effective preparation of counsel and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: February 10, 2009

_____/s/_____  _____/s/_____
JAMES C. MANN                                           SETH P. CHAZIN, ESQ.
Assistant United States Attorney            Counsel for Rylando Demetrius Matlock
Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 13, 2009 AND TO EXCLUDE TIME
No. CR-08-0810 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RYLANDO DEMETRIUS MATLOCK,<br>    a/k/a "Toot,"<br><br>    Defendant. | No. CR-08-0810 DLJ<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE HEARING DATE TO MARCH 13, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    February 20, 2009<br>Time:    9:00 a.m.<br>Court:   Hon. D. Lowell Jensen |

    The parties jointly requested that the hearing in this matter be continued from February 20, 2009 to March 13, 2009, and that time be excluded under the Speedy Trial Act between February 10, 2009 and March 13, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government produced discovery to defense counsel on December 29, 2008 and January 12, 2009. The government will produce additional digital discovery to defense counsel upon entry of the Protective Order submitted to this Court on February 9, 2009. Defense counsel needs additional time to review the discovery that has been produced and that will be produced, and to investigate this matter. The parties believe that a continuance until March 13, 2009 will allow defense counsel adequate time to review the necessary discovery and to conduct the required investigation. The parties agree the ends of

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 13, 2009 AND TO EXCLUDE TIME
No. CR-08-0810 DLJ

1  justice served by granting the continuance outweigh the best interests of the public and defendant
2  in a speedy trial.  For these stated reasons, the Court finds that the ends of justice served by
3  granting the continuance outweigh the best interests of the public and defendant in a speedy trial.
4  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from February 20, 2009 to March 13, 2009 at 9:00 a.m., and that time between February 10, 2009 and March 13, 2009 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: February 17, 2009

_____
HON. D. LOWELL JENSEN
United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO MARCH 13, 2009 AND TO EXCLUDE TIME
No. CR-08-0810 DLJ