1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney

5

6     1301 Clay Street, Suite 340-S
      Oakland, California 94612

7     Telephone:  (510) 637-3680
      Facsimile:  (510) 637-3724

8     E-Mail:      James.C.Mann@usdoj.gov

9  Attorneys for Plaintiff

10           UNITED STATES DISTRICT COURT

11          NORTHERN DISTRICT OF CALIFORNIA

12                 OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )    No. CR-08-0810 DLJ
                                       )
14          Plaintiff,                 )    STIPULATED REQUEST TO CONTINUE
                                       )    HEARING DATE TO APRIL 3, 2009 AND
15      v.                             )    TO EXCLUDE TIME UNDER THE
                                       )    SPEEDY TRIAL ACT; **ORDER**
16  RYLANDO DEMETRIUS MATLOCK,         )
        a/k/a "Toot,"                  )    Date:       March 13, 2009
17                                     )    Time:       9:00 a.m.
                                       )    Court:      Hon. D. Lowell Jensen
18          Defendant.                 )
                                       )
19  _____)

20         The above-captioned matter is set on March 13, 2009 before this Court for a status

21  hearing.  The parties request that this Court continue the hearing to April 3, 2009 at 9:00 a.m.,

22  and that the Court exclude time under the Speedy Trial Act between the date of this stipulation

23  and April 3, 2009.

24         The government produced discovery to defense counsel on December 29, 2008 and

25  January 12, 2009.  The government produced additional digital discovery to defense counsel

26  following entry of the Protective Order on February 20, 2009.  Defense counsel needs additional

27  time to review the discovery that has been produced and to investigate this matter.  The parties

28  believe that a continuance until April 3, 2009 will allow defense counsel adequate time to review

the necessary discovery and to conduct the required investigation.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Therefore, the parties further stipulate and request that the Court exclude time between the date of this stipulation and April 3, 2009 under the Speedy Trial Act for effective preparation of counsel and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).


DATED: March 6, 2009



_____/s/_____              _____/s/_____
JAMES C. MANN                                  SETH P. CHAZIN, ESQ.
Assistant United States Attorney               Counsel for Rylando Demetrius Matlock
Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 3, 2009 AND TO EXCLUDE TIME
No. CR-08-0810 DLJ

1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                            OAKLAND DIVISION

11   UNITED STATES OF AMERICA,        )    No. CR-08-0810 DLJ
                                      )
12           Plaintiff,               )     ORDER GRANTING STIPULATED
                                      )    REQUEST TO CONTINUE HEARING
13   v.                               )    DATE TO APRIL 3, 2009 AND TO
                                      )    EXCLUDE TIME UNDER THE SPEEDY
14   RYLANDO DEMETRIUS MATLOCK,       )    TRIAL ACT
          a/k/a "Toot,"               )
15                                    )    Date:    March 13, 2009
                                      )    Time:    9:00 a.m.
16           Defendant.               )    Court:   Hon. D. Lowell Jensen
                                      )
17   _____)

18

19          The parties jointly requested that the hearing in this matter be continued from March 13,

20   2009 to April 3, 2009, and that time be excluded under the Speedy Trial Act between March 6,

21   2009 and April 3, 2009 to allow for the effective preparation of counsel, taking into account the

22   exercise of due diligence.  The government produced discovery to defense counsel on December

23   29, 2008 and January 12, 2009.  The government produced additional digital discovery to

24   defense counsel following entry of the Protective Order on February 20, 2009.  Defense counsel

25   needs additional time to review the discovery that has been produced and to investigate this

26   matter.  The parties believe that a continuance until April 3, 2009 will allow defense counsel

27   adequate time to review the necessary discovery and to conduct the required investigation.  The

28   parties agree the ends of justice served by granting the continuance outweigh the best interests of

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 3, 2009 AND TO EXCLUDE TIME
No. CR-08-0810 DLJ

the public and defendant in a speedy trial.  For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that the status hearing in this matter is continued from March 13, 2009 to April 3, 2009 at 9:00 a.m., and that time between March 6, 2009 and April 3, 2009 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED:  March 9, 2009

HON. D. LOWELL JENSEN
United States District Judge

STIP. REQ. TO CONTINUE HEARING DATE TO APRIL 3, 2009 AND TO EXCLUDE TIME
No. CR-08-0810 DLJ