1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone:  (510) 637-3680
7      Facsimile:  (510) 637-3724
       E-Mail:     James.C.Mann@usdoj.gov
8

9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                           OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08-0810 DLJ |
|---|---|---|
| Plaintiff, | ) ) | STIPULATED REQUEST TO CONTINUE HEARING DATE TO MAY 8, 2009 AND |
| v. | ) ) | TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| RYLANDO DEMETRIUS MATLOCK, a/k/a "Toot," | ) ) ) | Date:  April 3, 2009<br>Time:  9:00 a.m.<br>Court: Hon. D. Lowell Jensen |
| Defendant. | ) ) | |

The above-captioned matter is set on April 3, 2009 before this Court for a status hearing. The parties request that this Court continue the hearing to May 8, 2009 at 9:00 a.m., and that the Court exclude time under the Speedy Trial Act between the date of this stipulation and May 8, 2009.

The government produced discovery to defense counsel on December 29, 2008 and January 12, 2009. The government produced additional digital discovery to defense counsel following entry of the Protective Order on February 20, 2009. Defense counsel needs additional time to review the discovery that has been produced and to investigate this matter. Specifically, defense counsel needs additional time to review the digital discovery with defendant in the

STIP. REQ. TO CONTINUE HEARING DATE TO MAY 8, 2009 AND TO EXCLUDE TIME
No. CR-08-0810 DLJ

1  county jail, which requires a court order.  Additionally, defense counsel is out of town and
2  unavailable from April 5, 2009 through April 12, 2009 and April 19, 2008 through April 20,
3  2009.  The parties believe that a continuance until May 8, 2009 will allow defense counsel
4  adequate time to review the necessary discovery and to conduct the required investigation.  The
5  parties agree the ends of justice served by granting the continuance outweigh the best interests of
6  the public and defendant in a speedy trial.  Therefore, the parties further stipulate and request
7  that the Court exclude time between the date of this stipulation and May 8, 2009 under the
8  Speedy Trial Act for effective preparation of counsel and continuity of defense counsel, and
9  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

11 DATED: April 1, 2009

14 _____/s/_____            _____/s/_____
   JAMES C. MANN                                      SETH P. CHAZIN, ESQ.
   Assistant United States Attorney                   Counsel for Rylando Demetrius Matlock
15 Counsel for United States

STIP. REQ. TO CONTINUE HEARING DATE TO MAY 8, 2009 AND TO EXCLUDE TIME
No. CR-08-0810 DLJ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>RYLANDO DEMETRIUS MATLOCK,<br>  a/k/a "Toot,"<br><br>  Defendant. | No. CR-08-0810 DLJ<br><br>ORDER GRANTING STIPULATED **REQUEST TO CONTINUE** HEARING DATE TO MAY 8, 2009 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:   April 3, 2009<br>Time:   9:00 a.m.<br>Court:  Hon. D. Lowell Jensen |

The parties jointly requested that the hearing in this matter be continued from April 3, 2009 to May 8, 2009, and that time be excluded under the Speedy Trial Act between April 1, 2009 and May 8, 2009 to allow for the effective preparation of counsel, taking into account the exercise of due diligence. The government produced discovery to defense counsel on December 29, 2008 and January 12, 2009. The government produced additional digital discovery to defense counsel following entry of the Protective Order on February 20, 2009. Defense counsel needs additional time to review the discovery that has been produced and to investigate this matter. Specifically, defense counsel needs additional time to review the digital discovery with defendant in the county jail, which requires a court order. Additionally, defense counsel is out of town and unavailable from April 5, 2009 through April 12, 2009 and April 19, 2008 through

STIP. REQ. TO CONTINUE HEARING DATE TO MAY 8, 2009 AND TO EXCLUDE TIME
No. CR-08-0810 DLJ

1 April 20, 2009.  The parties believe that a continuance until May 8, 2009 will allow defense
2 counsel adequate time to review the necessary discovery and to conduct the required
3 investigation.  The parties agree the ends of justice served by granting the continuance outweigh
4 the best interests of the public and defendant in a speedy trial.

5       For the above stated reasons, the Court finds that the ends of justice served by granting
6 the continuance outweigh the best interests of the public and defendant in a speedy trial.  Good
7 cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

8       **IT IS HEREBY ORDERED** that the status hearing in this matter is continued from
9 April 3, 2009 to May 8, 2009 at 9:00 a.m., and that time between April 1, 2009 and May 8, 2009
10 is excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking
11 into account the exercise of due diligence, and continuity of defense counsel.

13 DATED: April 1, 2009                             _____
14                                              HON. D. LOWELL JENSEN
                                             United States District Judge

15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. TO CONTINUE HEARING DATE TO MAY 8, 2009 AND TO EXCLUDE TIME
No. CR-08-0810 DLJ