JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

JAMES C. MANN (CABN 221603)
Assistant United States Attorney

   1301 Clay Street, Suite 340-S
   Oakland, California 94612
   Telephone:  (510) 637-3680
   Facsimile:  (510) 637-3724
   E-Mail:     James.C.Mann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-0810 DLJ |
|     Plaintiff, ) ) | STIPULATED REQUEST FOR PRE-PLEA CRIMINAL HISTORY REPORT |
|     v. ) ) | Date:     April 3, 2009 |
| RYLANDO DEMETRIUS MATLOCK, )   a/k/a "Toot," ) ) | Time:    9:00 a.m.<br>Court:   Hon. D. Lowell Jensen |
|     Defendant. ) ) | |

      The above-captioned matter is set on April 3, 2009 before this Court for a status hearing. The parties requested via a separate stipulation that this Court continue the hearing to May 8, 2009 at 9:00 a.m.  The parties further request that the Court order the United States Probation Office to prepare a pre-plea criminal history report to assist the parties in understanding the impact of defendant's juvenile record.

      Defendant is 26 years old and has several juvenile arrests and potential convictions.  It is difficult to determine the dispositions of defendant's juvenile proceedings.  The dispositions could, however, significantly impact defendant's sentencing exposure in this case.  The parties, therefore, request that the Court order the United States Probation Office to prepare a pre-plea

STIP. REQ. FOR PRE-PLEA CRIMINAL HISTORY REPORT
No. CR-08-0810 DLJ

1  criminal history report to assist the parties in determining the impact of defendant's juvenile
2  convictions and his ultimate potential sentencing exposure.  Defendant agrees that the Court may
3  review the pre-plea criminal history report even though he has not yet pleaded guilty.
4
5  DATED: April 1, 2009
6
7
   _____/s/_____                    _____/s/_____
8  JAMES C. MANN                                     SETH P. CHAZIN, ESQ.
   Assistant United States Attorney                  Counsel for Rylando Demetrius Matlock
9  Counsel for United States

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP. REQ. FOR PRE-PLEA CRIMINAL HISTORY REPORT
No. CR-08-0810 DLJ

1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11  UNITED STATES OF AMERICA,          )   No. CR-08-0810 DLJ
                                       )
12         Plaintiff,                  )    ORDER GRANTING STIPULATED
                                       )   REQUEST FOR PRE-PLEA CRIMINAL
13     v.                              )   HISTORY REPORT
                                       )
14  RYLANDO DEMETRIUS MATLOCK,         )   Date:    April 3, 2009
       a/k/a "Toot,"                   )   Time:    9:00 a.m.
15                                     )   Court:   Hon. D. Lowell Jensen
                                       )
16         Defendant.                  )
                                       )
17  _____     )

18

19      The parties requested that the United States Probation Office prepare a pre-plea criminal

20  history report. Defendant is 26 years old and has several juvenile arrests and potential

21  convictions. It is difficult to determine the dispositions of defendant's juvenile proceedings.

22  The dispositions could, however, significantly impact defendant's sentencing exposure in this

23  case. The parties, therefore, requested that the Court order the United States Probation Office to

24  prepare a pre-plea criminal history report to assist the parties in determining the impact of

25  defendant's juvenile convictions and his ultimate potential sentencing exposure. Defendant

26  ////

27  ////

28  ////

STIP. REQ. FOR PRE-PLEA CRIMINAL HISTORY REPORT
No. CR-08-0810 DLJ

agreed that the Court may review the pre-plea criminal history report even though he has not yet pleaded guilty.

**IT IS HEREBY ORDERED** that the United States Probation Office shall prepare a modified Presentence Investigation Report detailing defendant's criminal history only.

DATED: April 1, 2009

_____
HON. D. LOWELL JENSEN
United States District Judge

STIP. REQ. FOR PRE-PLEA CRIMINAL HISTORY REPORT
No. CR-08-0810 DLJ