# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### Oakland Venue

### Request for Early Termination of Supervision

**Name of Offender**  
Rylando Demetrius Matlock

**Docket Number**  
0971 4:08CR00810-001 DLJ

**Name of Sentencing Judge:**  The Honorable D. Lowell Jensen  
Senior United States District Judge

FILED  
DEC 10 2013  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA  
OAKLAND

**Date of Original Sentence:**  June 19, 2009

**Original Offense:** Count One: Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii), a Class B Felony

**Original Sentence:** 60 Months in custody, 4 Years supervised release  
**Special Conditions:** Drug treatment; search; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons; DNA collection; access to financial; register as drug offender; when not employed or enrolled in an education or vocational training perform 20 hours community service per week.

This petition has been assigned as a duty matter to the Honorable Claudia Wilken.

Type of Supervision  
Supervised Release  
Assistant U.S. Attorney  
James C. Mann

Date Supervision Commenced  
May 17, 2013  
Defense Counsel  
Seth Chazin (Appointed)

### Petitioning the Court to Take Judicial Notice

Petitioning the Court to consider the offender for early termination of supervision.

### Cause

On September 27, 2013, the offender was pronounced dead at the John Muir Medical Center in Walnut Creek, where he died at approximately 3:15 a.m. as a result of gunshot injuries.

Respectfully submitted,  
Sonia Lapizco  
U.S. Probation Officer Specialist  
Date Signed: November 29, 2013

Reviewed by:  
Mark Messner  
Supervisory U.S. Probation Officer

NDC-SUPV-FORM 12B(2) 10/15/2013

**RE:** Matlock, Rylando Demetrius  
0971 4:08CR00810-001 DLJ

2

---

THE COURT ORDERS:

☒ Early termination of supervision granted  
☐ Early termination of supervision denied  
☐ Other:

DEC 1 0 2013
_____  
Date

_____  
Claudia Wilken  
Chief United States District Judge